| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>SIRAGUSA, CHARLES J | 2. Court or Organization<br><br>U.S. DISTRICT COURT, WDNY | 3. Date of Report<br><br>5/2/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT COURT JUDGE(ACTIV | 5. ReportType (check appropriate type)<br><br>◯ Nomination,     Date<br><br>◯ Initial     ⦿ Annual     ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>1360 UNITED STATES COURTHOUSE<br>100 STATE STREET<br>ROCHESTER, NEW YORK 14614 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1.     ADVISORY BOARD MEMBER | ELDER ABUSE CONSORTIUM |

2005 MAY -9 A 10: 48   RECEIVED   FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1.     PENSION | NEW YORK STATE RETIREMENT SYSTEM (ELIGIBLE TO RECEIVE REDUCED BENEFITS AT AGE 55; FULL BENEFITS AT AGE 62 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | BROWN & TARANTINO |
| 2. | | ATTORNEY (PRIVATE PRACTICE) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. M & T BANK | A | Interest | K | T | | | | | |
| 2. ACCOUNT #1: | | | | | | | | | |
| 3. WEATHERFORD INTL LTD COMMON STOCK | | None | J | T | | | | | |
| 4. CORE LABORATORIES COMMON STOCK | | None | J | T | | | | | |
| 5. ALKERMES INC.COMMON STOCK | | None | J | T | | | | | |
| 6. AMERICAN INTERNATIONAL GROUP INCOMMON STOCK. COMMON STOCK | A | Dividend | J | T | | | | | |
| 7. AMGEN INC. COMMON STOCK | | None | J | T | | | | | |
| 8. AXA UAP SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 9. BASF AG SPONS ADR | A | Dividend | J | T | | | | | |
| 10. BOC GROUP PLC SPONS ADR COMMON STOCK | A | Dividend | J | T | BUY | 1/14 | J | | |
| 11. BP AMOCO PLC SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 12. BANK ONE CORP. COMMON STOCK | A | Dividend | | | SELL | 1/21 | J | A | |
| 13. BIOGEN IDEC INC. COMMON STOCK | | None | J | T | | | | | |
| 14. CRH PLC AD-USD COMMON STOCK | A | Dividend | J | T | | | | | |
| 15. CABLEVISION SYSTEMS CORP.CL A COMMON STOCK | | None | J | T | | | | | |
| 16. CANON INC. ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 17. CHIRON CORP. DELAWARE COMMON STOCK | . | None | J | T | | | | | |
| 18. CISCO COMMON STOCK | | None | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| | U = Book Value | V = Other | W = Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. CIRRUS LOGIC INC. COMMON STOCK | | None | J | T | | | | | |
| 20. COCA COLA CO. COMMON STOCK | A | Dividend- | J | T | | | | | |
| 21. COMCAST CORP CL A-SPL COMMMON STOCK | | None | J | T | | | | | |
| 22. DELL COMPUTER CORP COMMON STOCK | | None | J | T | | | | | |
| 23. DIAGEO PLC SPONSORED ADR NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 24. WALT DISNEY CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 25. ENDESA SA, MADRID SPONSORED ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 26. EXON MOBIL CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 27. FOREST LABORATORIES COMMON STOCK | | None | J | T | | | | | |
| 28. FUJI PHOTO FILM CO. LTD.ADR NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 29. GENENTECH INC. COMMON STOCK | | None | J | T | | | | | |
| 30. GENERAL ELECTRIC COMMON STOCK | A | Dividend | J | T | | | | | |
| 31. GENZYME CORP. GENEEAL DIVISION COMMON STOCK | | None | J | T | | | | | |
| 32. GILLETTE CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 33. GLAXOSMITHKLINE PLC SPONS ADR-USD COMMON STOCK | A | Dividend | J | T | | | | | |
| 34. GRANT PRIDECO INC. COMMON STOCK | | None | J | T | | | | | |
| 35. GROUPE DANONE SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 36. GRUPO TELEVISA SA DE CV GLOBAL COMMON STOCK | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS -- income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. HSBC HOLDINGS PLC SPONS ADR NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 38. HOME DEPOT COMMON STOCK | A | Dividend | J | T | | | | | |
| 39. HONDA MOTOR CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 40. HONG KONG & CHINA GAS LTD. SPONSORED ADR COMMON STOCK | | None | J | T | | | | | |
| 41. HUTCHINSON WHAMPOA LTD-ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 42. IAC INTERACTIVE CORP COMMON STOCK | | None | J | T | | | | | SEE PART VIII #1 |
| 43. ING GROEP NV SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 44. INTEL CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 45. IRELAND BANK SPONS ADR-EUR COMMON STOCK | A | Dividend | J | T | | | | | |
| 46. JOHNSON & JOHNSON COMMON STOCK | A | Dividend | J | T | | | | | |
| 47. KONINKLIJKE PHILIPS ELECTRONICS NS SPON ADR NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 48. L 3 COMMUNICATIONS HLDGS INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 49. LEHMAN BROTHERS HOLDINGS INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 50. LIBERTY MEDIA GROUP CL A COMMON STOCK | | None | J | T | | | | | |
| 51. LIBERTY MEDIA INTL INC CLASS A COMMON STOCK | | None | J | T | SPINOFF | 6/11 | J | | |
| 52. LLOYDS TSB GRP PLC SP ADR COMMON STOCK | A | Dividend | | | SELL | 5/17 | J | | |
| 53. MAXTOR CORP. (NEW) COMMON STOCK | | None | J | T | | | | | |
| 54. MERCK & CO. COMMON STOCK | A | Dividend | | | SELL | 11/1 | J | | |

1. Income/Gain Codes:    A = S1,000 or less    B = S1,001-S2,500    C = S2,501-S5,000    D = S5,001-S15,000    E = S15,001-S50,000
(See Columns B1 and D4)    F = S50,001-S100,000    G = S100,001-S1,000,000    H1 = S1,000,001-S5,000,000    H2 = More than S5,000,000
2. Value Codes:    J = S15,000 or less    K = S15,001-S50,000    L = S50,001-S100,000    M = S100,001-S250,000
(See Columns C1 and D3)    N = S250,000-S500,000    O = S500,001-S1,000,000    P1 = S1,000,001-S5,000,000    P2 = S5,000,001-S25,000,000
   P3 = S25,000,001-S50,000,000    P4 = SMore than S50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS -- income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. MERRILL LYNCH & CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 56. METTLER TOLEDO INTERNATIONAL INC. COMMON STOCK | | None | | | | | | | |
| 57. MICROSOFT CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 58. MITSUBISHI TOKYO FINANCIAL GROUP SPONS ADR COMMON STOCK | A | Dividend | J | T | BUY | 5/18 | J | | |
| 59. NESTLE SA SPONSORED ADR REPSTG REG SH COMMON STOCK | A | Dividend | J | T | | | | | |
| 60. NEUBERGER BERMAN INC. COMMON STOCK | | None | | | | | | | |
| 61. NEWS CORP CLASS B COMMON STOCK | A | Dividend | J | T | MERGER | 11/3 | J | | SEE PART VIII #2 |
| 62. NIPPON TELEPHONE & TELEGRAOPH CORP. ADR RSPTG COMMON STOCK | A | Dividend | J | T | | | | | |
| 63. NOKIA CORP. SPONSORED ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 64. NOMURA HOLDINGS INC. UNSP ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 65. NOVARTIS AG ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 66. NOVO NORDISK A S ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 67. PEBSICO COMMON STOCK | A | Dividend | J | T | | | | | |
| 68. PFIZER COMMON STOCK | | None | J | T | BUY | 12/6 | J | | |
| 69. QUANTUM CORP. DLT & STORAGE COMMON STOCK | | None | J | T | | | | | |
| 70. RSA SECURITY INC. COMMON STOCK | | None | J | T | | | | | |
| 71. RIO TINTO PLC-GBP COMMON STOCK | | None | J | T | BUY | 11/11 | J | | |
| 72. ROYAL DUTCH PETROLEUM CO. COMMON STOCK | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. | SK TELECOM LTD SPON ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 74. | SAP AKLENGESELLSCHAFT SPONS ADR-USD COMMON STOCK | A | Dividend | J | T | | | | | |
| 75. | SEVEN ELEVEN JAPAN LTD-ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 76. | TELEFONICA S.A. SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 77. | TEXAS INSTRUMENTS COMMON STOCK | A | Dividend | J | T | | | | | |
| 78. | TIME WARNER INC. COMMON STOCK | | None | J | T | | | | | |
| 79. | TOTAL FINA ELF S.A.S.P. ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 80. | TYCO INTERNATIONAL LTD. NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 81. | UBS AG-CHF COMMON STOCK | A | Dividend | J | T | BUY | 1/23 | | | |
| 82. | UNITEDHEALTH GROUP INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 83. | VERITY INC. COMMON STOCK | | None | J | T | | | | | |
| 84. | VODAFONE GROUP PLC SP ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 85. | WPP GROUP PLC SPONS ADR NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 86. | WAL-MART DE MEXICO SA DE COMMON STOCK | A | Dividend | J | T | | | | | |
| 87. | WELLS FARGO & CO NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 88. | ACCOUNT #2: | | | | | | | | | |
| 89. | MERRILL LYNCH GLOBAL TECHNOLOGY FUND CL A | | None | J | T | | | | | |
| 90. | MERRILL LYNCH SMALL CAP VALUE FUND CL A | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000

(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000

2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000

(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000

P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000

3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market

(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. ACCOUNT #3: | | | | | | | | | |
| 92. UBS AG-CHF COMMON STOCK | A | Dividend | J | T | | | | | |
| 93. AXA S.A. SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 94. BASF AG SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 95. BOC GROUP PLC SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 96. BP AMOCO PLC ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 97. CRH PLC ADR-USD COMMON STOCK | A | Dividend | J | T | BUY | 5/17 | J | | |
| 98. CANON INC ADR COMMON STOCK | A | Dividend | J | T | BUY | 5/17 | J | | |
| 99. DIAGEO PLC SPON ADR-NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 100. ENDESA SA SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 101. FUJI PHOTO FILM CO ADR NEW COMMON STOCK | A | Dividend | J | T | PT. SELL | 5/18 | J | | |
| 102. GLAXOSMITHKLINE PLC SP ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 103. GROUPE DANONE SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 104. GRUPO TELEVISA SA DE CV SPON ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 105. HSBC HLDG PLC SP ADR NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 106. HONDA MOTOR CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 107. HONG KONG CHINA GAS SP ADR COMMON STOCK | | None | J | T | | | | | |
| 108. HUTCHINSON WHAMPOA LTD-ADR V COMMON STOCK | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SIRAGUSA, CHARLES J | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. ING GROEP NV SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 110. IRELAND BANK BANK SPONS ADR-EUR COMMON STOCK | A | Dividend | J | T | | | | | |
| 111. KONINKLIJKE PHILIPS ELECTRONICS NS SPON ADR NEW COMMON STOC | A | Dividend | J | T | | | | | |
| 112. LLYODS TSB GRP PLC SP ADR COMMON STOCK | A | Dividend | | | SELL | 5/17 | J | | |
| 113. METTLER TOLEDO INTL INC COMMON STOCK | | None | J | T | | | | | |
| 114. MITSUBISHI TOYKO FINANCIAL GROUP COMMON STOCK | A | Dividend | J | T | | | | | |
| 115. NESTLE A SPONS ADR COMMON STOCK | A | Dividend | | | | | | | |
| 116. NEWS CORP CLASS B NEW COMMON STOCK | A | Dividend | | | MERGER | 11/3 | | | SEE PART VIII #2 |
| 117. NIPPON TEL & TEL SPON ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 118. NOKIA CORP SPON ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 119. NOMURA AHOLDINGS INC ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 120. NOVARTIS AG ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 121. NOVO-NORDISK A S ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 122. RIO TINTO PLC-GBP COMMON STOCK | A | Dividend | J | T | | | | | |
| 23. ROYAL DUTCH PERTOLEUM CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 24. SK TELECOM LTD SPON ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 25. SAP AKLENAGESELLSCHAFT SPONS ADR-USD COMMON STOCK | A | Dividend | J | T | | | | | |
| 26. SEVEN ELVEN JAPAN LTD-ADR COMON STOCK | A | Dividend | J | T | | | | | |

Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)   U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SIRAGUSA, CHARLES J | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 127. TELEFONICA S.A. SPON ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 128. TESCO PLC SPONS ADR COMMON STOCK | A | Dividend | J | T | BUY | 5/17 | J | | |
| 129. TOTAL FINA ELF S.A.S.P. ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 130. UNITED OVERSEAS BANK LTD SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 131. VODAFONE GROUP PLC SP ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 132. WPP GROUP PLC SPON ADR NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 133. WAL-MART DE MEXICO SA DE CV SPON ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 134. ACCCOUNT #4: | | | | | | | | | |
| 135. SMITH BARNEY MONEY MARKET | A | Interest | K | T | | | | | |
| 136. IRA #1: | | | | | | | | | |
| 137. AMERICAN CENTURY INTERNATIONAL GROWTH | | None | | | SELL | 8/30 | J | | |
| 138. BLACKROCK LARGE CAP VALUE EQUITY FD INSTL CLASS | A | Dividend | | | SELL | 8/30 | J | | |
| 139. FRANKLIN SMALL CAP GROWTH FUND I CLASS A | | None | | | SELL | 8/30 | J | A | |
| 140. GOLDMAN SACHS INTERNATIONAL EQUITY FUND CLASS A | | None | | | SELL | 8/30 | J | | |
| 141. JOHN HANOCK SMALL CAP GROWTH FD A | | None | | | SELL | 8/30 | J | | |
| 142. MFS STRATEGIC GROWTH FUND CLASS A | | None | | | SELL | 8/30 | J | | |
| 143. MERRILL LYNCH CAP VALUE FD CL A | | None | | | SELL | 8/30 | J | A | |
| 44. PIONEER GROWTH SHARES INC. | | None | | | SELL | 8/30 | J | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000

3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. SELIGMAN COMMUNICATIONS & INFORMATION FUND CLASS A | | None | | | SELL | 8/30 | J | | |
| 146. CITIBANK DIVERSIFIED FUTURES | A | Dividend | K | T | BUY | 10/1 | K | | |
| 147. IRA #2: | | | | | | | | | |
| 148. SMITH BARNEY MONEY MARKET | A | Dividend | J | T | | | | | |
| 149. IRA #3: | | | | | | | | | |
| 150. MERRILL LYNCH GLOBAL TEHNOLOGY FUND CL A | | None | J | T | | | | | |
| 151. MERILL LYNCH SMALL CAP VALUE FD CL A | | None | J | T | | | | | |
| 152. IRA #4: | | | | | | | | | |
| 153. MERRILL LYNCH GLOBAL TECHNOLOGY FUND CL A | | None | J | T | | | | | |
| 154. MERRILL LYNCH SMALL CAP VALUE FD CL A | | None | J | T | | | | | |
| 155. COLLEGE SAVINGS PROGRAM #1: | | | | | | | | | |
| 156. VANGUARD FUND | | None | K | T | BUY | 12/7 | J | | |
| 157. COLLEGE SAVINGS PROGRAM #2 | | | | | | | | | |
| 158. VANGUARD FUND | | None | K | T | BUY | 12/7 | J | | |
| 159. DEFERRED COMPENSATION #1: | | None | M | T | | | | | |
| 160. HARTFORD BOND FUND HLS | | | | | | | | | |
| 161. FIDELITY EQUITY INCOME | | | | | | | | | |
| 162. NEUBERGER BERMAN PARTNERS TRUST | | | | | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. PUTNAM INVESTORS FUND CL A | | | | | | | | | |
| 164. AMERICAN CENTURY TWENTIETH CENTURY ULTRA | | | | | | | | | |
| 165. TEMPLETON FOREIGN FUND | | | | | | | | | |
| 166. DEFERRED COMPENSATION #2: | | None | L | T | | | | | |
| 167. JANUS FUND | | | | | | | | | |
| 168. TRP EQUITY INCOME FUND | | | | | | | | | |
| 169. VANGUARD BOND | | | | | | | | | |
| 170. DEFERRED COMPENSATION #3: | | None | K | T | | | | | |
| 171. PUTNAM INVESTORS FUND CLASS A | | | | | | | | | |
| 172. TEMPLETON FOREIGN FUND | | | | | | | | | |
| 173. PUTMAN VOYAGER FUND | | | | | | | | | |
| 174. AM CENTURY ULTRA | | | | | | | | | |
| 175. FIDELITY MAGELLAN FUND | | | | | | | | | |
| 176. IRA #5 | | | | | | | | | |
| 177. GOLDMAN SACHS SMALL VALUE FUND CLASS B COMMON STOCK | A | Dividend | J | T | | | | | |
| 178. ACCOUNT #5 | | | | | | | | | |
| 179. SMITH BARNEY MONEY MARKET | A | Dividend | K | T | PT.TRANS | | | | SEE PART VIII #3 |
| 180. GLOBALSANTAFE CORP COMMON STOCK | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. TOMMY HILFIGER CORP COMMON STOCK | | None | | | BUY | 6/15 | J | | |
| 182. TOMMY HILFIGER CORP COMMON STOCK | | " | | | SELL | 11/19 | J | | |
| 183. WEATHERFORD INTL LTD NEW COMMON STOCK | | None | J | T | BUY | 1/7 | J | | |
| 184. ABBOTT LABORATORIES COMMON STOCK | A | Dividend | J | T | BUY | 1/22 | J | | |
| 185. AGILENT TECHNOLOGIES INC COMMON STOCK | | None | J | T | BUY | 5/19 | J | | |
| 186. ALCOA INC COMMON STOCK | A | Dividend | J | T | BUY | 4/6 | J | | |
| 187. ALKERMES INC COMMON STOCK | | None | J | T | | | | | |
| 188. ALLSTATE CORP COMMON STOCK | A | Dividend | | | SELL | 3/10 | J | A | SEE PART VIII #4 |
| 189. AMBAC FINL GROUP INC. COMMON STOCK | A | Dividend | J | T | BUY | 4/14 | J | | |
| 190. AMERADA HESS CORP COMMON STOCK | A | Dividend | | | SELL | 2/2 | J | A | |
| 191. AMERICAN EXPRESS COMMON STOCK | A | Dividend | | | | | | | |
| 192. AMERICAN INTL GROUP INC. COMMON STOCK | A | Dividend | J | T | BUY | 3/15 | J | | |
| 193. AMGEN INC COMMON STOCK | | None | J | T | BUY | 1/2 | J | | |
| 194. AMGEN INC CMMON STOCK | | " | " | " | BUY | 5/27 | J | | |
| 195. ANADARKO PETROLEUM CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 196. APPLIED MATERIALS INC DELWARE COMMON STOCK | | None | J | T | BUY | 11/17 | J | | |
| 197. ARCHER-DANIELS-MIDLAND CO COMMON STOCK | A | Dividend | | | BUY | 2/4 | J | | |
| 198. ARCHER-DANIELS-MIDLAND CORP COMMON STOCK | " | " | | | SELL | 6/3 | J | A | |



1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2.500      C = $2,501-$5.000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50.001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000

2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000

3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. BP PLC SPONS ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 200. BANK NEW YORK INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 201. BIOGEN IDEC INC COMMON STOCK | | None | J | T | BUY | 1/13 | J | | |
| 202. BRISTOL MYERS SQUIBB CO COMMON STOCK | A | Dividend | | | SELL | 6/29 | J | | |
| 203. CABLEVISION SYSTEMS CORP COMMON SSTOCK | | None | J | T | | | | | |
| 204. CABOT MICROELECTRONICS CORP COMMON STOCK | | None | J | T | | | | | |
| 205. CATERPILLAR INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 206. CHARMING SHOPPES INC COMMON STOCK | | None | J | T | | | | | |
| 207. CHIRON CORP DELEWARE COMMON STOCK | | None | J | T | BUY | 1/2 | J | | |
| 208. CHUBB CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 209. CISCO SYS INC COMMON STOCK | | None | J | T | BUY | 2/9 | J | | |
| 210. CISCO SYS INC COMMON STOCK | | " | " | " | BUY | 5/6 | J | | |
| 211. CIRRUS LOGIC INC. COMMON STOCK | | None | J | T | | | | | |
| 212. COCA-COLA CO. COMMON STOCK | A | Dividend | J | T | BUY | 2/23 | J | | |
| 213. COMCAST CORP CL A COMMON STOCK | | None | J | T | BUY | 1/2 | J | | |
| 214. CONOCOPHILLIPS COMMON STOCK | A | Dividend | | | SELL | 8/4 | J | A | \ |
| 215. CREE INC COMMON STOCK | | None | J | T | | | | | |
| 216. DELL COMPUTERS CORP COMMON STOCK | | None | J | T | BUY | 1/6 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. WALT DISNEY CO. COMMON STOCK | A | Dividend | J | T | BUY | 5/25 | J | | |
| 218. ELECTRONICS FOR IMAGING COMMON STOCK | | None | J | T | | | | | |
| 219. EMERSON ELECTRIC CO COMMON STOCK | A | Dividend | J | T | BUY | 2/24 | J | | |
| 220. ENGELHARD CORP COMMON STOCK | A | Dividend | J | T | BUY | 6/15 | J | | |
| 221. EXXON MOBIL CORP. COMMON STOCK | A | Dividend | J | T | BUY | 3/24 | J | | |
| 222. FOREST LABORATORIES INC. COMMON STOCK | | None | J | T | BUY | 1/6 | J | | |
| 223. GENENTECH INC COMMON STOCK | | None | J | T | BUY | 6/17 | J | | |
| 224. GENERAL ELECTRIC CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 225. GENZYME CORP GENERAAL DIVISION COMMON STOCK | | None | J | T | BUY | 3/26 | J | | |
| 226. GILLETTE CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 227. GLAXOSMITHKLINE PLC SP ADR COMMON STOCK | A | Dividend | J | T | BUY | 4/22 | J | | |
| 228. HASBRO INC COMMON STOCK | A | Dividend | J | T | BUY | 6/1 | J | | |
| 229. HEWLETT PACKARD CO COMMON STOCK | A | Dividend | | | SELL | 1/21 | J | A | |
| 230. HOME DEPOT INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 231. HONEYWELL INTL INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 232. INTEL CORP COMMON STOCK | A | Dividend | J | T | BUY | 2/6 | J | | |
| 233. INTEL CORP COMMON STOCK | " | " | " | " | BUY | 3/17 | J | | |
| 234. IAC INTERACTIVE CORP COMMON STOCK | | None | J | T | BUY | 1/12 | J | | SEE PART VIII #1 |

1. Income Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = SMore than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. INTL BUSINESS MACHINES CORP COMMON STOCK | A | Dividend | J | T | BUY | 1/23 | J | | |
| 236. ISIS PHARMACEUTICALS COMMON STOCK | A | Dividend | J | T | | | | | |
| 237. JP MORGAN CHASE & CO COMMON STOCK | A | Dividend | J | " | BUY | 5/24 | J | | |
| 238. JP MORGAN CHASE & CO COMMON STOCK | " | " | " | " | PT. SELL | 8/30 | J | A | |
| 239. JOHNSON & JOHNSON COMMON STOCK | A | Dividend | J | T | BUY | 1/7 | J | | |
| 240. JOHNSON & JOHNSON COMMON STOCK | " | " | " | " | BUY | 4/20 | J | | |
| 241. L 3 COMMUNICATIONS HLDGS INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 242. LEHMAN BROTHERS HOLDINGS INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 243. LIBERTY MEDIA CORP. A COMMON STOCK | | None | J | T | BUY | 1/12 | J | | |
| 244. LIBERTY MEDIA CORP A COMMON STOCK | | " | " | " | BUY | 6/29 | J | | |
| 245. LUCENT TECHNOLOGIES INC COMMON STOCK | | None | J | T | BUY | 12/1 | J | | |
| 246. MBIA INC COMMON STOCK | A | Dividend | | | SELL | 8/17 | J | | |
| 247. MNBA CORP COMMON STOCK | A | Distribution | J | T | BUY | 7/9 | J | | |
| 248. MGIC INVT CORP WIS COMMON STOCK | A | Dividend | J | T | | | | | |
| 249. MATTEL INC DE COMMON STOCK | A | Dividend | J | T | BUY | 5/26 | J | | |
| 250. MAXTOR CORP (NEW) COMMON STOCK | | None | J | T | | | | | |
| 251. MCDONALDS CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 252. MCKESSON CORPORATION COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. MERCK & CO INC. COMMON STOCK | A | Dividend | | | BUY | 1/20 | J | | |
| 254. MERCK & CO INC COMMON STOCK | " | " | | | BUY | 5/3 | J | | |
| 255. MERCK & CO INC COMMON STOCK | " | " | | | SELL | 11/4 | J | | |
| 256. MERRILL LYNCH & CO COMMON STOCK | A | Dividend | J | T | BUY | 1/8 | J | | |
| 257. MERRILL LYNCH & CO COMMON STOCK | " | " | " | " | BUY | 5/6 | J | | |
| 258. MICROSOFT CORP COMMON STOCK | | None | J | T | BUY | 3/18 | J | | |
| 259. MICROMUSE INC COMMON STOCK | | None | J | T | BUY | 7/9 | J | | |
| 260. MICRON TECHNOLOGY INC. COMMON STOCK | | None | J | T | BUY | 2/24 | J | | |
| 261. MILLENNIUM PHARMACEUTICALS INC COMMON STOCK | | None | J | T | | | | | |
| 262. MOTOROLA INC DE COMMON STOCK | A | Dividend | J | T | | | | | |
| 263. MURPHY OIL CORP | A | Dividend | J | T | | | | | |
| 264. NEWMONT MINING CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 265. NEWS CORP CLASS B COMMON STOCK | A | Dividend | J | T | | | | | SEE PART VIII #2 |
| 266. NIPPON TEL & TEL SPON ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 267. NOKIA CORP SPONSORED ADR COMMON STOCK | | None | J | T | BUY | 1/2 | J | | |
| 268. PACCAR INC-DEL- COMMON STOCK | | None | | | SELL | 1/30 | J | | |
| 269. PALL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 270. PEPSICO INC COMMON STOCK | A | Dividend | J | T | BUY | 1/5 | J | | |



1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. PFIZER INC COMMON STOCK | A | Dividend | J | T | BUY | 1/2 | J | | |
| 272. PFIZER INC COMMON STOCK | " | " | " | " | BUY | 9/17 | J | | |
| 273. QUANTUM CORP. DLT & STORAGE COMMON STOCK | | None | J | T | | | | | |
| 274. RAYTHEON COMPANY NEW | A | Dividend | J | T | | | | | |
| 275. REALNETWORKS INC COMMON STOCK | | None | J | T | BUY | 7/21 | J | | |
| 276. SBC COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 277. SABRE GROUP HLDGS INC COMMON STOCK | A | Dividend | J | T | BUY | 1/9 | J | | |
| 278. SAFEWAY INC NEW COMMON STOCK | | None | J | T | BUY | 1/8 | J | | |
| 279. SANDISK CORP COMMON STOCK | | None | J | T | | | | | |
| 280. SCHERING PLOUGH CORP COMMON STOCK | A | Dividend | | | SELL | 8/30 | J | A | |
| 281. SOLECTRON CORP COMMON STOCK | | None | J | T | BUY | 6/4 | J | | |
| 282. SOUTHWEST AIRLONES CO COMMON STOCK | A | Dividend | J | T | BUY | 5/27 | J | | |
| 283. STATE STREET CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 284. SUNGARD DATA SYSTEMS INC COMMON STOCK | | None | J | T | BUY | 5/5 | J | A | |
| 285. TAIWAN SEMICONDUCTOR MFG COMMON STOCK | A | Dividend | J | T | | | | | |
| 286. TEXAS INSTRUMENTS INC. COMMON STOCK | A | Dividend | J | T | BUY | 2/6 | J | | |
| 287. TEXAS INSTRUMENTS INC COMMON STOCK | " | " | " | " | BUY | 3/16 | J | | |
| 288. TEXAS INSTRUMENTS INC COMMON STOCK | " | " | " | " | BUY | 7/14 | J | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. 3 COM CORP COMMON STOCK | | None | J | T | | | | | |
| 290. TIME WARNER COMMON STOCK | | None | J | T | BUY | 5/25 | J | | |
| 291. TYCO INTL LTD NEW COMMON STOCK | A | Dividend | J | T | BUY | 5/20 | J | | |
| 292. UNYSIS CORP. COMMON STOCK | | None | | | SELL | 12/22 | J | | |
| 293. UNITEDHEALTH GROUP INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 294. VERIZON COMMUNICATIONS COMMON STOCK | A | Dividend | J | T | | | | | |
| 295. VODAFONE COMMON STOCK | A | Dividend | J | T | | | | | |
| 296. WEYERHAEUSER CO. COMMON STOCK | A | Dividend | J | T | BUY | 5/20 | J | | |
| 297. WILLIAMS COS INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 298. WM WRIGLEY JR CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 299. WYETH COMMON STOCK | A | Dividend | J | T | BUY | 1/26 | J | | |
| 300. ACCOUNT #6 | | | | | | | | | |
| 301. SMITH BARNEY MONEY MARKET | A | Dividend | K | | TRANS | 2/10 | J | | SEE PART VIII #5 |
| 302. WAL-MART STORE NOTES | | None | | | RECEIVE | 2/10 | J | | SEE PART VIII #6 |
| 303. WAL-MART STORE NOTES | | " | | | MATURE | 5/17 | J | A | |
| 304. NATIONSBANK CORP NOTES | | None | | | DELIVER | 2/12 | J | | SEE PART VIII #6 |
| 305. FORD MOTOR CREDIT CO. DTD 6/11/97 | | None | | | DELIVER | 2/12 | J | | SEE PART VIII #6 |
| 306. FORD MOROR CREDIT CORP NOTES DTD 10/28/99 | | None | J | T | RECEIVE | 2/10 | J | | SEE PART VIII #6 |

1. Income Gain Codes:  A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)  U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SIRAGUSA, CHARLES J | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amount<br>Code 1<br>(A -H) | (2)<br><br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br><br>Value<br>Code 2<br>(J-P) | (2)<br><br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br><br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. FIRST UNION CORP SUB NOTES | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

1) ON JULY 15, 2004, INTERACTIVECORP CHANGED ITS NAME TO IAC INTERACTIVECORP.

2) ON NOVEMBER 3, 2004, NEWS LTD-ADR NEW MERGED WITH NEWS CORP CLASS B NEW.

3) MONEY MARKET FUNDS WERE USED TO PURCHASE STOCKS AS INDICATED BELOW

4) THERE WERE TWO DATES OF SALE FOR THE ALLSTATE COMMON STOCK, MARCH 10, 2004 AND MARCH 16, 2004.

5) MONIES RESULTING FROM THE MATURITY OF THE WAL-MART NOTES WERE PLACED INTO THIS MONEY MARKET FUND.

6) WITH RESPECT TO ACCOUNT #6. AS I INDICATED ON MY 2003 FINANCIAL DISCLOSURE, THIS ACCOUNT WAS OPENED UPON THE DIVISION, BETWEEN [redacted] AND ME, OF THE FUNDS IN [redacted] ESTATE ACCOUNT. IN 2004, UPON ADVICE OF OUR RESPECTIVE BROKERS [redacted] AND I TRADED SECURTIES AS REFLECTED IN MY 2004 FILING.

WITH RESPECT TO ACCOUNT 3

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SIRAGUSA, CHARLES J | 5/2/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date  5-2-05 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF NEW YORK
ROCHESTER, NEW YORK 14614-1363

CHARLES J. SIRAGUSA                                                585-613-4050
DISTRICT COURT JUDGE                                               FAX-613-4055

August 5, 2005

Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544
Attn: Hon. Mary M. Lisi, Chair

Dear Judge Lisi:

At my request, my secretary spoke with a staff member of the Committee on Financial Disclosure, Edwin Oundee. She explained that my response to your June 28, 2005 request for additional information regarding my financial disclosure was mailed out on July 12, 2005 but just returned to us today, apparently because the mailing label was not compatible with the Post Office's security screening system. I have no idea why it took three weeks to be returned.

In any event, pursuant to my secretary's discuss with Mr. Oundee, I am remailing my response, with the address handwritten on the envelope.

Very truly yours,

United States District Judge

CJS/kap
Enclosure

CHARLES J. SIRAGUSA                                                                585-613-4050
DISTRICT COURT JUDGE                                                           FAX-613-4055

July 12, 2005

Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.   20544
Attention:  Honorable Mary M. Lisi, Chair

Dear Judge Lisi:

I am writing in response to your correspondence of June 28, 2005 concerning my financial disclosure filing for calendar year 2004.  I apologize for any errors and, pursuant to your instructions, am providing the additional  information as requested.

As to Part VII, page 4, line 56 pertaining to "Mettler Toledo International Inc. Common Stock," page 7, line 115  pertaining to "Nestle A Spons ADR Common ," and page 11, line 191 pertaining to "American Express Common Stock," the value of each holding should have been listed as "J," and the value method for each holding should have been listed as "T."

As to Part VII, page 4, line 60, the inclusion of Neuberger Berman Inc. was in error. In that regard, the explanation that I included in Part VIII(7) of my 2003 report to the effect that "Neuberger Inc. merged with Lehman Brothers Holdings Inc." is correct.

As to Part VII, page 5, line 81 and page 7, line 116, involving transactions for "UBS AG-CHR Common Stock" and "News Corp Class B New Common Stock, Column D(3) should have indicated "J" as to each.

As to Part VII, page 9, lines 156 and 158, pertaining to college savings accounts, the specific "Portfolio Name" for each of these "College Savings Funds" managed by Vanguard is "Aggressive Age-Based Option Growth Portfolio."

As to Part VII, page 10, line 177, of my 2004 report, pertaining  to "IRA #5," and its apparent conflict with Part VII, page 13, line 227 of my 2003 report, my 2004 report should

As to Part VII, page 17, line 301 pertaining to "Smith Barney Money Market" under "Account #6," Column C(1) should have indicated "T."

As to Part VII, page 15, lines 256 and 257 of my 2003 report and the failure of "Bank One Common Stock" to be listed in my 2004 report, I should have reported that on 7/1/04 Bank One merged with J.P. Morgan Chase. Therefore my 2004 report should correctly read as follows:

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| BANK ONE COMMON STOCK | A | DIVIDEND | | | MERGER | 7/1 | J | | |

I hope this additional information satisfactorily answers your concerns. If you have any other questions, I will be glad to respond promptly.

Very truly yours

United States District Judge